Marshall, CJ., Kinkade, Robinson, Matthias, Day and Allen, JJ., concur.

STEVENS Exr, et v STEVENS et

Ohio Supreme Court
No 21684.   Decided Dec. 24, 1929

Marshall, CJ., Kinkade, Robinson, Jones, Day and Allen, JJ., concur.

INDUST COMM v MARSH

Ohio Supreme Court
No 21727.   Decided Dec. 24, 1929

Marshall, CJ., Robinson, Jones, Matthias, Day and Allen, JJ., concur.